# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MELISSA GASSAWAY                                                            PLAINTIFF

v.                                  No.    4:20-cv-00111-JM

MENTOR WORLDWIDE, LLC; *et al.*                                  DEFENDANTS

## ORDER

On February 21, 2023, counsel for the plaintiff was ordered to submit an application to become enrolled in the Eastern District of Arkansas or file a motion to appear pro hac no later than March 2, 2023 if they intend to pursue this case. (ECF No. 31).   Neither has been done.

Therefore, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of March, 2023.

                                                                 _____
                                                                 JAMES M. MOODY JR.
                                                                 UNITED STATES DISTRICT JUDGE