IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MELISSA GASSAWAY                                                     PLAINTIFF

v.                          No.    4:20-cv-00111-JM

MENTOR WORLDWIDE, LLC; *et al.*                            DEFENDANTS

## JUDGMENT

Pursuant to the order entered this date, the complaint is dismissed without prejudice.

IT IS SO ORDERED this 15th day of March, 2023.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE